Keimon Crayton )
Plaintiff )
)
v. ~~[redacted]~~ )
~~[redacted]~~ Lake County Jail )
Defendant. )

Notice of Complaint
April 24th 2022

I ~~am~~, Keimon Crayton, am suing Crown Point ~~County~~ Jail for having a camera in my sleeping cell exposing my penis on Camera. Invading Plaintiff's privacy ~~and~~ being innocent until proven guilty. Plaintiff also claims he was sexually harassed by his penis being broadcasted on live Stream in Lake County Jail (Crown Point ~~County~~ Jail) Plaintiff has suffered from humiliation for his penis being exposed, PTSD, ADHD and ADD alongside acute pycosis. ~~[scribbled out]~~

For all of these reason of claims, Plaintiff seeks 40 billion dollars for recovery Damages from Lake County Jail, Also plaintiff's charges of Intimidation had been dropped to a resisting arrest, a charge Plaintiff wasn't initially charged with, making reason for arrest unconstitutional because a resisting arrest without a reason for arrest illegal. Plaintiff is challenging the charge of

resisting arrest and is seeking Dismissal of Charge/Conviction of resisting arrest. These events took place between May-April of 2020. ~~agencies~~* local Agencies and local governing agencies are not immune to monetary relief requests

USDC IN/ND case 2:22-cv-00113-PPS-JPK   document 1   filed 04/28/22   page 3 of 3

Keimon Crayton
1317 3rd Ave.
Rock Island, Illinois
61201

Legal

Multiple case no. (S)
QUAD CITIES IL POST
IL 612 212
27 APR 2022  PM

United States District Court Central District of
Illinois Office of the Clerk: 322 16th Street Suite 200A
Rock Island, Illinois 61201

THIS CORRESPONDENCE IS FROM
THE ROCK ISLAND COUNTY JAIL

61201365E26